UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE GRISTI,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>        Defendants. | Case No. 24-cv-01706-SK<br><br>**ORDER TO SHOW CAUSE** |

On March 19, 2024, Plaintiff Denise Gristi filed her complaint, and on May 22, 2024, she filed her consent to the jurisdiction of a magistrate judge. (Dkt. Nos. 1, 8.) While a summons was issued as to Defendants (Dkt. No. 5), no certificate of service was filed. In light of that fact, on June 12, 2024, the Court continued the initial case management conference. (Dkt. No. 9.) Significantly, the Court observed that the deadline to effectuate service on Defendants was June 17, 2024, and directed Plaintiff to move for an enlargement of time to complete service, if necessary. (*Id*., citing Fed. R. Civ. P. 4(m)). As of the date of this Order, Plaintiff has not filed anything else on the docket.

Therefore, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than August 23, 2024, why the Court should not issue an order of reassignment to a district judge with a recommendation that this case be dismissed for failure to effectuate service, pursuant to Federal Rule of Civil Procedure 4(m), and/or failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall have through that same date to file a motion for an enlargement of time to effectuate service. Plaintiff must "show[] good cause for the failure." Fed. R. Civ. P. 4(m).

/ / /

The initial case management conference is VACATED.  The Court will reset the conference should it become necessary at a later date.

**IT IS SO ORDERED**.

Dated: August 13, 2024



SALLIE KIM
United States Magistrate Judge

2